THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY W. RICCIO, Appellant, against ARTHUR D. BRITT, as Sheriff of Erie County, Respondent.— Order reversed on the law upon the ground that the court was without jurisdiction in the absence of a return; relator remanded to the Sheriff of Erie County; proceedings remitted to Special Term to compel filing of a return forthwith and to proceed in accordance with the requirements of the statute. (See *Matter of Haller,* 12 Hun 131, 132–133, and *People ex rel. Gamaldi* v. *Warden Kings Co. Jail,* 160 App. Div. 480.) All concur, Piper, J., not voting. (Appeal from an order of Erie Special Term dismissing the writ of habeas corpus and remanding relator to the custody of the Sheriff of Erie County for extradition and delivery to the authorities of Texas.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

■

REMINGTON RAND, INC., Respondent, v. LAWRENCE W. HARNESS, Defendant, and VINCENT STARK et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term, denying a motion to vacate a subpœna duces tecum.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

CLYDE T. SPICER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31045.) — Case held and matter remitted to the Court of Claims for findings in support of the judgment. Memorandum: Upon the trial had before the Court of Claims, the parties litigated issues pertaining to negligence and contributory negligence. No oral or written decision was made by the trial court. It is therefore impossible for an appellate court to adequately review the judgment. Accordingly, the appeal should be held and the matter remitted to the trial court to make a proper decision in accordance with the statute. (See Civ. Prac. Act, §§ 439, 440.) All concur. (Appeal from a judgment of the Court of Claims, dismissing a claim against the State for damages resulting from negligent condition of State highway. The order denied claimant's motion to vacate the judgment.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

■

CLYDE H. SPICER, an Infant, by CLYDE T. SPICER, His Guardian ad Litem, Appellant, v. STATE OF NEW YORK, Respondent (Claim No. 31046.) — Case held and matter remitted to the Court of Claims for findings in support of the judgment. See memorandum filed in *Spicer* v. *State of New York* (*ante,* p. 862). All concur. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.